United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE W. WOLFF,<br><br>    Defendants. | Case No. 20-cv-03315-SI  (SI)<br><br>**PRETRIAL PREPARATION AND SCHEDULING ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 5, 2021 at 3:00 PM.
Counsel *must* file a joint case management statement by January 29, 2021.

RULE 26 Disclosures by: January 11, 2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 19, 2021.

DESIGNATION OF EXPERTS: March 29, 2021; REBUTTAL: April 9, 2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 26, 2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 30, 2021;
    Opp. Due: May 14, 2021; Reply Due: May 21, 2021;
    and set for hearing no later than June 4, 2021 at 10:00 AM.

PRETRIAL PAPERWORK due by: June 22, 2021.
PRETRIAL CONFERENCE DATE: July 6, 2021 at 3:30 PM.

BENCH TRIAL DATE: July 19, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.

Dated: December 18, 2020

_____
SUSAN ILLSTON
United States District Judge