UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE W. WOLFF,<br><br>Defendant. | Case No. 3:20-cv-03315-SI   (KAW)<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE PRE-SETTLEMENT TELEPHONE CONFERENCE<br><br>Re: Dkt. No. 22 |

On February 16, 2021, the Court held a pre-settlement telephone conference, where Defendant George W. Wolff, who is an attorney representing himself in this matter, did not appear.

Accordingly, Mr. Wolff is ORDERED TO SHOW CAUSE, in writing, by no later than February 24, 2021, why he should not pay monetary sanctions in the amount of $250 for his failure to appear.

As reflected in the minutes, the settlement conference will go forward on **March 12, 2021** as scheduled, and Mr. Wolff is required to make a demand on Defendant no later than February 19, 2021. (*See* Dkt. No. 22.)  The Court advises Mr. Wolff to review the minutes from the February 16, 2021 pre-settlement telephone conference, as well as the Court's settlement conference standing order, to ensure that he, Plaintiff, and the Court are prepared to engage in a productive settlement conference.

IT IS SO ORDERED.

Dated: February 18, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge