UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cv-03315-SI |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| GEORGE W. WOLFF, | |
| Defendant. | |

On July 5, 2021, the Court GRANTED Plaintiff's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of plaintiff and against defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 5, 2021

SUSAN ILLSTON
United States District Judge